# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   STEVEN GOLD                    DATE:   9/27/19

DOCKET NUMBER: 19 M 793                            LOG #:  11:20 - 11:25

DEFENDANT'S NAME:  EZHIL KAMALDOSS
✓ Present    ___ Not Present    ___ Custody    ___ Bail

DEFENSE COUNSEL:   Lance Clarke
___ Federal Defender    ✓ CJA    ___ Retained

A.U.S.A:  ANDREW GRUBIN                            CLERK:  SM YUEN

INTERPRETER:                                       (Language)

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.    ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start  9/27   Stop  11/11/19

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____