UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| -against- | : | **NOTICE OF APPEARANCE** |
| | : | |
| | : | **CASE: 19-MJ-793** |
| | : | |
| EZHIL SEZHIAN KAMALDOSS, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that Bruce A. Barket, Esq., hereby does appear in the above entitled action and that the firm is retained as attorney for EZHIL SEZHIAN KAMALDOSS, the Defendant herein, in this proceeding and demand that a copy of all notices and other papers in this proceeding be served upon me at the office and post office address stated below.

DATED:   September 30, 2019
         Garden City, New York

BARKET EPSTEIN KEARON
ALDEA & LOTURCO, LLP

         /s/Bruce A. Barket, Esq.
By:   Bruce A. Barket, Esq.
      666 Old Country Road, Suite 700
      Garden City, NY 11530
      (516) 745-1500
      bbarket@barketepstein.com