UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                Respondents,

                              Notice of Motion

                              Dkt. No.  19-MJ-793

        -against-

EZHIL S. KAMALDOSS
                Defendant.
-------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the annexed affirmation of Bruce Barket, dated the 31st day of October, 2019, and upon all other papers, pleadings, and proceedings heretofore filed and had herein, the undersigned will move this Court for an ORDER granting the following relief:

    a. allowing counsel to withdraw as counsel in the above-referenced matter;

    b. granting such other and further relief as this Court deems just and proper.

Dated: Garden City, New York
       October 31,  2019                  Yours, etc.

                                                  ___/s/ Bruce Barket, Esq.___
                                                  Bruce Barket, Esq.
                                                  666 Old Country Road, Ste. 700
                                                  Garden City, New York 11530
                                                  (516) 745-1500
                                                  bbarket@barketepstein.com

<u>CC via ecf</u>:
AUSA Nicholas Moscow
AUSA Temidayo Aganga-Williams

<u>CC via First Class Mail</u>:
Mr. Ezhil S. Kamaldoss
REGISTRAION # 91876-053
Metropolitan Detention Center
100 29th Street
Brooklyn, NY 11231